United States District Court
Southern District of Texas
**ENTERED**
December 13, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Maxcimino Cuello, Jr., Individually and For Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPETENTIA US, INC.<br><br>Defendant. | Case No. 4:22-cv-00322<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice, this case is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

DATE: _December 13_, 2022

_____
UNITED STATES DISTRICT JUDGE